## HOLLINGSWORTH v. THE STATE.

HILL J. All of the special grounds of the motion for new trial complain of the refusal by the court of certain written requests to charge the jury. In so far as the requests to charge were appropriate and legal they were substantially covered by the general charge. The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*

No. 1457. NOVEMBER 14, 1919.

Indictment for murder. Before Judge Smith. Rockdale superior court. May 9, 1919.

*A. C. & J. H. McCalla* and *King & Johnson*, for plaintiff in error.

*Clifford Walker*, attorney-general, *George M. Napier*, solicitor-general, and *M. C. Bennet*, contra.